UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/4/2026

------------------------------------------------------------------- X
                                :

KO LOPEZ MEDIA, LLC,            :

                                :

                 Plaintiff,     :              1:26-cv-2123-GHW

                                :

           -v-                :              ORDER

                                :

ADVANCE LOCAL MEDIA, LLC,    :

                                :

               Defendant.    :

                                :

------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff KO Lopez Media, LLC commenced this action on March 16, 2026.  Dkt. No. 1.

Defendant Advance Local Media, LLC was served on April 21, 2026.  Dkt. No. 8.  Defendant's

deadline to answer or otherwise respond to the complaint was May 12, 2026.  *See* F.R.C.P.

12(a)(1)(A).  Defendant has neither appeared nor responded to the complaint.  Plaintiff is directed to

submit a status letter to the Court regarding this case no later than June 11, 2026.

      SO ORDERED.

Dated:  June 4, 2026
         New York, New York

                                    _____
                                       GREGORY H. WOODS
                                   United States District Judge